IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-00398-FDW-SCR

| RYAN ZHANG, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| AMAZON.COM SERVICES LLC, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the opposed[1] "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Stephanie Ahmad and Shauna Imanaka]" (Doc. Nos. 10&11) filed May 7, 2024. For the reasons set forth therein, the Motion will be granted.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Frank D. Whitney.

Signed: May 7, 2024

**SO ORDERED**.

Susan C. Rodriguez
United States Magistrate Judge

---

[1] In response to defense counsel's email inquiring if he would consent to these Motions, pro se Plaintiff responded that he "prefer[ed] not. Because this will add my burden to serve files." (Doc. Nos. 10-1 at 1 & 11-1 at 1). This is not a sufficient basis to deny the admission of otherwise qualified counsel.